UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BENONI LENNOX DIXON and PAULINE DIXON,

        Plaintiffs,

-against-

THE CITY OF NEW YORK and SHARON SWEETY-LINDSAY,

        Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 0343 (DLI)



    An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 30, 2008, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated September 14, 2007; and granting defendant's motion for summary judgment on all claims except plaintiff's retaliation claim based on the events and aftermath of plaintiff's encounter with Sweeting-Lindsay on March 5, 2002, and plaintiff's assertion of personal liability against Sweeting-Lindsay under 42 U.S.C. § 1981 and the New York State and City Human Rights Laws; it is

    ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted in its entirety; and that defendant's motion for summary judgment is granted on all claims except plaintiff's retaliation claim based on the events and aftermath of plaintiff's encounter with Sweeting-Lindsay on March 5, 2002, and plaintiff's assertion of personal liability against Sweeting-Lindsay under 42 U.S.C. § 1981 and the New York State and City Human Rights Laws.

Dated: Brooklyn, New York
       October 02, 2008

Robert C. Heinemann
Clerk of Court

By:       S/TV
    Terry Vaughn
    Chief Deputy of
    Court Operations